**Rod Danielson**
**Chapter 13 Trustee**
**4361 Latham Ave., Suite 270**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

To: Clerk, U.S. Bankruptcy Court

Re: UNDISTRIBUTED FUNDS

Case No.: 6:08-bk-16860-DS

Debtor(s): LENNIE J WILLIAMS
PO BOX 1194
LITTLE ROCK, CA 93543

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| LENNIE J WILLIAMS<br>P.O. BOX 1194<br>LITTLE ROCK, CA 93543 | $400.00 |

Dated: 1/24/11

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

ROD DANIEL

Payee: US BANKRUPTCY COURT

Date: Jan 20, 2011

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0816860 | LENNIE J WILLIAMS | | 00000 | 400.00 | 0.00 | 400.00 |

PLEASE DETATCH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

| | | | |
|---|---|---|---|
| TOTALS: | 400.00 | 0.00 | 400.00 |

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
**4361 Latham Street, Suite 270**
**Riverside, CA 92501**
**Tel. (951) 826-8000**

LENNIE J WILLIAMS

BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 400.00

CASE: 0816860
INTEREST: 0.00

16-4430
1220

1ST ENTERPRISE BANK
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
0339523

| CHECK DATE | AMOUNT |
|---|---|
| Jan 20, 2011 | ********400.00** |

VOID 45 DAYS FROM DATE

**PAY** Four Hundred And 00 / 100 Dollars

**TO THE ORDER OF**
*US BANKRUPTCY COURT*
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0339523⑈ ⑆122044300⑆ ⑈030⑉100078⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT